UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, <u>Harrison</u>, 07-7191 | JUDGE DUVAL<br>MAG. WILKINSON |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiffs to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the referenced case, <u>Harrison v. Allstate Indemnity Company</u>, C.A. No. 07-7191, is hereby **DISMISSED WITHOUT PREJUDICE** as duplicative of <u>Harrison v. Allstate Insurance Company et al.</u>, C.A. No. 07-7094 "S"(4), which remains pending and active in this court.

New Orleans, Louisiana, this 19th day of November, 2008.

_____
UNITED STATES DISTRICT JUDGE